## SPIG INDUSTRY INVENTORY LIST
*(items with no value may be duplicate listings)*

EXHIBIT A
TO SCHEDULE B

| VALUE | ITEM |
|---|---|
| $1,566.54 | Ingersol Rand Air Compres |
| $4,685.54 | Cat Forklift |
| $7,809.24 | Clark Forklift |
| $1,710.22 | Conveyor |
| $329,714.18 | Rollform Machine |
| $0.00 | Post Machine |
| $0.00 | I Beam Die |
| $3,748.44 | Fork Lift 00B5TR |
| $17,654.83 | Roll Form Machine |
| $331.16 | Valley Equipment |
| $312.36 | Mechanical Punch Press |
| $156.19 | Gear Box |
| $882.44 | Leblond Lathe |
| $2,655.14 | 60HP Rotary Screw Compress |
| $316.74 | Machine Shop Tools |
| $1,646.50 | Enerpac Punch Press |
| $612.24 | Elliott 921 Surface Grinder |
| $710.64 | No 2 Plain Milling Machine |
| $5,110.49 | Punch Press Die |
| $349.85 | Fans & Welder |
| $510.79 | Panel Die Set |
| $612.24 | 75 HP Compair Compressor |
| $306.12 | Cincinnati Radial Drill Press |
| $7,301.02 | Miller Punch Press |
| $480.00 | Car Port |
| | |
| $500.00 | Northern Ind 16 Speed Drill |
| $1,625.00 | Brown & Shape Dyna Master 205 Bridge Port Mill * Va TECH |
| $1,400.00 | Elliot 921 Surface Grinder * VA TECH |
| $2,825.00 | Le Blond Lather * State of TN |
| $500.00 | Miller Bluestar 185 Portable Welder |
| $1,800.00 | Northern Industrial 8" Bench Grinder |
| $1,800.00 | Lincoln Industrial Pulse Power 500 Welder |
| $500.00 | LF 72 Lincoln Wire Feeder |
| $500.00 | Miller Invision 465P Welder |
| $500.00 | Miller 70 Series Wire Feeder |
| $14,000.00 | Piranha P50 50 Ton Iron Worker |
| $500.00 | Cincinnati Bickford Radial Arm Drill |
| $400.00 | Miller XR Control Extended Reach Air Cooled Wire Feeder |
| $1,000.00 | Yale Electric Pallet Jack |
| $5,000.00 | Ingersol Rand 15hp Stage 2 Air Compressor |

| Value | Item |
|---:|---|
| $5,000.00 | Loshbough Jordan 5 OBI Press |
| $20,000.00 | Piranha II 110 Ton Iron Worker |
| $10,000.00 | Linde CM 50 Cutting Machine |
| $200.00 | Linde AST Tracer Control |
| $1,000.00 | Compare 75 hp Screw Compressor |
| $185,000.00 | Spig Radius Machine |
| $8,500.00 | Quincy 60 hp Screw Compressor |
| $20,000.00 | Pure Are Dryer |
| $7,000.00 | Hyster 6000 lbs Forklift |
| $25,000.00 | Clark 14,000 lbs Forklift |
| $1,000.00 | Out side Car Port |
| $250.00 | Uline Electronic Scales |
| $500.00 | Miller XRA Extended Reach Air Cooled Wire Feeder |
| $3,000,000.00 | Pro/Elo 20,000 lbs Coil Car |
| | Metal Form International 10,000 lbs Un coiler |
| | Metal Form International Roll Flattener |
| | Data Imprinter |
| | Kent Corporation Coil End Welder |
| | Coil End Welder Power Supply and Cooler |
| | A.S.C Machine Tool inc. Straighter and Feeder |
| | 12 Position Roll Form |
| | B & K 125 Ton Press |
| | B & K Machinery International 200 Ton Press |
| | B & K Drop Conveyor |
| | Un Load Conveyor |
| $375,000.00 | Model J Band Saw |
| | Saw Feed Conveyor |
| | Amanda HFA-165 Horizontal Band Saw |
| | Belt Conveyor |
| | Miller C-175 OBI Press |
| | Tox 100 Ton Press |
| | Miller 150 Ton Press |
| **$4,080,482.91** | **TOTAL VALUE** |