# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**IN RE:**

| | | |
|---|---|---|
| **SPIG INDUSTRY, LLC** | : | **Chapter 11 Case No.** |
| **Debtor** | : | **Case No. 15-70310** |
| | : | |

**ORDER ENTERING FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE**

This chapter 11 proceeding came before the Court on May 4, 2017 in the U.S. Bankruptcy Courtroom at Abingdon, Virginia. Upon the Debtor's Final Report and Motion for Entry of a Discharge and Final Decree, and related motion to shorten notice thereon (together, the "Motion"), and the Objections (Dkt Nos. 141 and 142) filed by Grundy National Bank and the United States Trustee, respectively, the Court (a) has reviewed the Motion and the Objections, (b) heard the statements of counsel regarding the Motion and the objections at a hearing held before the court (the "Hearing") and the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334, and the Plan (Dkt. No. 105) and Confirmation Order (Dkt No. 106); (ii) this is a core proceeding under 28 U.S.C. §157(b)(2); (iii) notice of the Motion and the Hearing was sufficient under the circumstances; and (iv) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

It is hereby ADJUDGED, ORDERED and DECREED as follows:

1. The Motion is GRANTED with sufficient cause shown to shorten notice.

2. The chapter 11 case of the Debtor is hereby closed pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022.

3. The terms and conditions of the Plan and Confirmation Order including, but not limited to, the Debtor's obligations under the Grundy National Bank and Jones Day settlement agreements, are unaffected by this order.

4. This Court expressly retains jurisdiction to (a) enforce any orders heretofore issued by the Court, (b) enforce the terms and conditions of the Plan and Confirmation Order, (c) resolve any claim objections or other disputes relating to the Debtor's consummation of or compliance with the Plan and Confirmation Order, and (d) consider any proper requests to reopen the Debtor's chapter 11 case under section 350(b) of the Bankruptcy Code.

5. The Debtor shall be charged any costs assessed for reopening the case during the pendency of the plan if a creditor files a request to do so.

6. The Debtor shall upon completion of the Plan payments file a motion to reopen the case and have the Court enter the discharge order.

7. The United States Trustee's motion to convert the case is withdrawn and any other pending motions are hereby overruled as moot.

The Clerk is directed to send a copy of this Order to Robert T. Copeland, who shall, pursuant to Local Rule 9072-1, forward copies of same to the Debtor, the United States Trustee, and to all creditors listed on the mailing matrix.

Enter this the 16th day of May, 2017.

_____
Judge

Requested:

/s/ Robert T. Copeland
Robert T. Copeland, VSB 14575
Copeland Law Firm, P.C.
P.O. Box 1296
Abingdon, VA 24212
276-628-9525
276-628-4711 fax
rcopeland@rcopelandlaw.com

Seen:

/s/Margaret Garber
Margaret Garber, Esq.
U.S. Trustee's Office
First Campbell Square Bldg., Room 505
210 First Street
Roanoke, VA 24011

Seen and Agreed:

/s/Dan T. Moss
Dan T. Moss, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Phone: 202-879-3794
Fax: 202-626-1700

Seen and Agreed:

<u>/s/Michael L. Shortridge</u>
Michael L. Shortridge, Esq.
VSB # 21883
Shortridge and Shortridge, P.C.
329 W. Main Street
Abingdon, VA 24210
Phone:  276-628-5001
Fax:  276-628-4009